# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KATHRYN JEANE PASHUCK, EXECUTRIX UNDER WILL OF NELLI CZAJKOWSKY AKA ANASTASIA NELLIE CZAJKOWSKY, DECEASED

v.

ANDRE TYLER, KEVIN RAVENELL, AMIYR A. MUHAMMAD, AND ADAM BEYAH

PETITION OF: ANTHONY B. QUINN, ESQUIRE

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 520 EAL 2021

Petition for Allowance of Appeal from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.